[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 67.]

THE STATE EX REL. THORNTON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Thornton v. Indus. Comm.*, 2000-Ohio-15.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-14—Submitted July 25, 2000—Decided September 20, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-1418.

————————————

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A.,* and *Robert J. Foley, Jr.,* for appellant.

*Betty D. Montgomery*, Attorney General, and *Virginia Egan Fisher,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Vorys, Sater, Seymour & Pease, L.L.P., Margaret D. Everett* and *Matthew D. English*, for appellee B.O.C. Group, General Motors Corporation.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————